IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   19-04022 |
| Mark D Doubet | ) | Chapter 13 |
| Debtor(s). | ) | Judge:  Timothy A. Barnes |

## NOTICE OF WITHDRAWAL

TO:   Mark D Doubet, 1221 Cranbrook Drive Schaumburg, IL 60193 *via US mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

United States Attorney, 219 S. Dearborn Street, Chicago, IL 60604 *via US mail*

Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101 *via US mail*

Internal Revenue Service Mail Stop CH1 230 S. Dearborn Street, Chicago, IL 60604 *via US mail*

Civil Process Clerk, Office of the United States Attorney for the Northern District of Illinois, 219 S. Dearborn, 5th Floor, Chicago, IL 60604 *via US mail*

PLEASE TAKE NOTICE that the Objection to Claim(s) 2 of Internal Revenue Service that was to be heard on **June 13, 2019 at 9:30 am** before the Honorable Timothy Barnes, at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604 is withdrawn.

By:   /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on June 7, 2019 before the hour of 5:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600