| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-04022<br>Northern District of Illinois<br>Eastern Division<br>Fri Jun  7 13:43:46 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Ashley Doubet<br>1221 Cranbrook Drive<br>Schaumburg, IL 60193-4449 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| CACH, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CarMax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw, GA 30160-9511 | CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144-5942 |
| Discover Student Loans<br>Attn: Bankruptcy<br>Po Box 30948<br>Salt Lake City, UT 84130-0948 | Discover Student Loans<br>PO Box 30925<br>Salt Lake City, UT 84130-0925 | Internal Revenue Service<br>c/o Centralized Insolvency Operatio<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Jn Portfolio Debt Equities, LLC<br>Attn: Bankruptcy<br>5757 Phantom Dr. Ste 225<br>Hazelwood, MO 63042-2429 | Navient<br>Attn: Bankruptcy<br>Po Box 9000<br>Wiles-Barr, PA 18773-9000 | OAC Collection Specialists<br>Attn: Bankruptcy<br>Po Box 500<br>Baraboo, WI 53913-0500 |
| Resurgence Legal Group<br>3000 Lakeside Drive Ste. 309-S<br>Deerfield, IL 60015-1249 | Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Education Financial Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Education Fncl Srvs<br>Attn: Bankruptcy<br>Po Box 5185<br>Sioux Falls, SD 57117-5185 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Mark D Doubet<br>1221 Cranbrook Drive<br>Schaumburg, IL 60193-4449 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | (d)Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>Po Box 6429<br>Greenville, SC 29606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AMERICREDIT FINANCIAL SERVICES, INC. d/b/a

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24