## United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE: Mark D Doubet ) Chapter 13
) Case No. 19 B 04022
Debtor(s) ) Judge Timothy A Barnes

## Notice of Motion/Certificate of Service

Mark D Doubet
1221 Cranbrook Drive
Schaumburg, IL  60193

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On February 27, 2020 at 9:00AM, I will appear at the location listed to the right, and present this motion, a copy which is hereby served upon you.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, February 6, 2020.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Material Default

Comes now Marilyn O. Marshall, Standing Trustee, pursuant to 11 U.S.C. §1307(c)(6), and respectfully states the following:

1. This is a core proceeding under 28 U.S.C. §157.
2. Debtor filed for Chapter 13 relief on February 15, 2019.
3. This case was confirmed on June 13, 2019, for a total of 60 months with plan payments of $650.00.
4. As of the filing of this motion, 12 months have expired since this case was filed.
5. The plan is in material default as it cannot complete at the proposed terms.
6. The balance on this case is approximately $50,115.00 and at the current rate, the plan will not complete for another 77 months.

WHEREFORE, the Trustee prays that the Court enter an order dismissing this case, and grant any such other relief as it may deem proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE