IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                              ) Case No.:  19-04022
Mark D Doubet                                       ) Chapter 13
                        Debtor(s)                   ) Judge:  Timothy A. Barnes
                                                    )

### AFFIDAVIT IN SUPPORT OF MOTION TO MODIFY THE PLAN POST CONFIRMATION

I, Debtor, Mark D Doubet, state that:

1) I filed for Chapter 13 relief on February 15, 2019.
2) My Chapter 13 plan was confirmed on June 13, 2019.  Per my confirmed plan my payments are $650 for 60 months with my unsecured creditors receiving 100% of their claims.
3) The Internal Revenue Service has filed an amended proof of claim listing a higher amount than what was scheduled in my confirmed plan causing my plan to run over 60 months.
4) The Chapter 13 Trustee has filed a motion to dismiss my case for material default.
5) The motion to dismiss states that the balance on my case is approximately $50,115 and at the current rate, my plan will not complete for another 77 months.
6) I have discussed the motion with my attorney and to resolve the motion to dismiss for material default I am proposing to modify my plan post confirmation to increase my plan payment to $1,067 a month beginning March 2020 until the end of the plan so that my plan will complete in 60 months and be feasible.
7) With my current income I am able to afford the increase in the plan payments.
8) I want to successfully complete my Chapter 13 plan and am filing the motion to modify in good faith and ask that the Court modify my plan so it will be feasible.

_____
Mark D Doubet

Subscribed and sworn to before me this 13 day of FEBRUARY, 2020.

_____
Notary Public

My commission expires 3/18/, 202 3

OFFICIAL SEAL
JEFFREY PAUL HALL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23